JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD AVERY, | No. CV 16-05818-PA (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: March 28, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE